**C. F. Kern, appellee, v. Marshall & Huschart Machinery Company, appellant. Gen. No. 25,422.**

Action to recover money paid on purchase price of machinery. Claim of set-off by defendant. Judgment for plaintiff after deducting set-off. Appeal from the Municipal Court of Chicago; the Hon. John

K. Prindiville, Judge, presiding. Heard in this court at the October term, 1919. Affirmed. Opinion filed March 8, 1920.
Gregory & McNab, for appellant. Harry A. Biossat, for appellee.
Mr. Justice Dever delivered the opinion of the court.